# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

|  |  |  |
|---|---|---|
| HORACE HENDERSON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-00470-ALM-AGD |
| | § | |
| NORTH TX TOLL AUTH, et al. | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 2, 2025, the Report of the Magistrate Judge, (Dkt. #25), was entered containing proposed findings of fact and recommendation that Defendants' Motion for Judgment on the Pleadings (Dkt. #11) be granted, and Plaintiff's case be dismissed without prejudice.

Having received the Report of the United States Magistrate Judge (Dkt. #25), and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants' Motion for Judgment on the Pleadings (Dkt. #11) is **GRANTED**, and Plaintiff's case is **DISMISSED without prejudice**.

All relief not previously granted is hereby denied.

**IT IS SO ORDERED.**

**SIGNED this 23rd day of September, 2025.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE